**EXHIBIT "A"**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 09-60042-V-7** |
| | § | |
| **WILDFLOWER TDS, L.P.,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | | | |
| | Claim No.  Admin | | |
| | Mary Rodriguez | | |
| | Check #5154 | | $ 16.24 |
| | | Total Unclaimed Dividends | n/a |
| | | Total Small & Unclaimed Dividends | $ 16.24 |